## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROCHELLE D. EDWARDS, personally and individually, and ROCHELLE D. EDWARDS on behalf of JAMES SULLIVAN EDWARDS, a minor, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-CV-497-JPG |
| JAMES NEAL EDWARDS JR., JULIE SHARP, and DEPUTY BART HILEMAN, | ) ) ) | |
| Defendants. | ) | |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon Rochelle Edwards's motion for leave to proceed *in forma pauperis*, and the Court having found that this action is frivolous,

**IT IS ORDERED AND ADJUDGED** that all Edwards's claims against defendants James Neal Edwards Jr., Julie Sharp, and Deputy Bart Hileman, in this case, are **DISMISSED WITH PREJUDICE**.

**DATED: August 17, 2006.**

                                                       **NORBERT G. JAWORSKI, CLERK**

                                                     **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **U.S. District Judge**